[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————————

No. 24-11168

Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

THADDEUS TIMEAUS HOWARD,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cr-00307-SDM-CPT-1

————————————————

Before WILSON, ROSENBAUM, and LUCK, Circuit Judges.

PER CURIAM:

The government's motion to dismiss the appeal as untimely is GRANTED, and this appeal is DISMISSED. Thaddeus Howard, a federal prisoner, filed a *pro se* notice of appeal from his sentence for possession of a firearm by a convicted felon. The applicable time limit required him to file his notice of appeal on or before February 28, 2023, 14 days after judgment was entered on February 14, 2023. *See* Fed. R. App. P. 4(b)(1)(A)(i). His notice of appeal, deemed filed on April 5, 2024, is therefore untimely. *See* Fed. R. App. P. 4(c)(1); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014). The government moves to dismiss the notice of appeal as untimely, and so we "must apply the time limits of Rule 4(b)." *United States v. Lopez*, 562 F.3d 1309, 1313–14 (11th Cir. 2009).

Additionally, Howard is not eligible for relief under Rule 4(b)(4) because he filed his notice of appeal outside the additional 30-day period for an extension of time to appeal, which ended on March 30, 2023. *See* Fed. R. App. P. 4(b)(4); *Lopez*, 562 F.3d at 1314; *United States v. Ward*, 696 F.2d 1315, 1317–18 (11th Cir. 1983).

The Office of the Federal Defender's motion to withdraw as counsel for Howard is GRANTED.